FORM B6D
(6/90)

**In re:** BI HOLDINGS INC. , **Case No.** 02-19210 PHX GBN

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | _____ **VALUE** | | | | | |

<u>0</u> Continuation sheets attached

| | |
|---|---|
| **Subtotal** ➢ (Total of this page) | **$0.00** |
| **Total** ➢ (Use only on last page) | **$0.00** |

(Report total also on Summary of Schedules)