David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| BI HOLDINGS, INC.<br>DBA: BEAUTIFUL IMAGES, INC.<br><br>Debtor(s) | Case No. 02-19210-PHX GBN<br><br>TRUSTEE'S OBJECTION TO PROOF<br>OF CLAIM AND NOTICE THEREON |

COMES NOW <u>DAVID A. BIRDSELL</u>, duly appointed, qualified and acting trustee in the above-captioned estate, and objects to the following claims upon the grounds that:

<u>CLAIMANTS FILED DUPLICATE CLAIMS.</u>

| Claim No. | Claimant |
|---|---|
| 118 | LOUISE C STEENBURG |
| 311 | YOLANDA CONTE |
| 713 | YOLANDA CONTE |
| 792 | INTERNATION APPAREL |
| 1101 | BEVERLY RILEY |
| 1218 | ELIZABETH LOCKE |
| 1224 | LOIS NELSON |
| 1535 | EDNA SCHAUPP |
| 1622 | TESSIE TWICHELL |
| 1625 | JOANN WEEMS |
| 1639 | DONNA ANDREGG |
| 1655 | MARY WEBSTER |
| 1659 | GERRY LAPPIN |
| 1670 | DIAN DODDS |
| 1717 | EILEEN EARHART |
| 1728 | DIANA KUCERAK |
| 1729 | NATALIE CHUA |
| 1736 | BONNIE WODZIAK |
| 1738 | T J FISHER |
| 1747 | VERNA MOREHOUSE |
| 1754 | RUTH MELCHET |
| 1769 | BARBARA MARSH |
| 1773 | THERESA LOVELACE |
| 1776 | WILLIAM HOLUB |
| 1782 | ARTHUR KUEHNY |
| 1793 | BETTY WISNIEWSKI |

| | |
|---|---|
| 1796 | J A BRONSON |
| 1812 | EILEEN EARHART |
| 1813 | MARJORIE TAYLOR |
| 1815 | D KERR |
| 1827 | PHYLLIS CHILDERS |
| 1832 | MAXINE MARTIN |
| 1847 | KAREN NOEL |
| 1848 | MARTI ELLIOTT |
| 1849 | MARJORIE MARRICK |
| 1859 | DOROTHY DAVIS |
| 1860 | BETTY NELSON |
| 1865 | NANCY BERNARDO |
| 1862 | INNA KANTER |
| 1871 | LILLIAN LYNN |
| 1873 | LENA AMARAL |
| 1886 | ADDIE DUNN |
| 1890 | CLARA MATSUSHIMA |
| 1891 | KAYE HAYNES |
| 1907 | ALTA WILLIAMS |
| 1912 | SHEILA NOBLE |
| 1931 | MARJORIE MARLOWE |
| 1934 | FRED INGHRAM |
| 1936 | ARLIEN KOSCIOLEK |
| 1938 | MARTHA MILLER |
| 1939 | DOROTHY MACGURN |
| 1942 | RALPH MODER |
| 1949 | DIANE KUCERAK |
| 1969 | JEANETTE PARKER |
| 1972 | ELIZABETH CAHDILL |
| 1973 | MILDRED GOODEN |
| 1981 | DAISY HOGANS |
| 1982 | ELIZABETH ARDITO |
| 1965 | JOAN KELLEY |
| 1968 | EDYTHE MORRIS |
| 1971 | HELEN NEDOROSCIK |
| 1993 | VICTORIA THOMAS |
| 1999 | CANYON RIBBON & SUPPLY, CO. |
| 2002 | MARY MILLER |
| 2003 | SABRINA HENSON |
| 2007 | BETTY JUCEVIC |
| 2016 | R BALLARD |
| 2025 | RUTH PIATT |
| 2026 | ELAINE FINNEY |
| 2028 | COLLEEN MCBRIDE |
| 2045 | BETTIE HUSSEY |
| 2060 | MURIEL LAVENDA |
| 2063 | GEORGE DORAN |

| | |
|---|---|
| 2064 | PATRICIA BENNETT |
| 2067 | NICK DAMASCENO |
| 2071 | CINDY BUCK |
| 2073 | LEONA KELLERMAN |
| 2074 | B KAY |
| 2076 | BETSEY MCPHEE |
| 2078 | K WASHBURN |
| 2079 | DONNA COLLETT |
| 2088 | JUDITH WILLIAMS |
| 2098 | JOSEPHINE GINN |
| 2107 | HELEN SHERMAN |
| 2116 | ESMERALDA NOGUEIRA |
| 2118 | JOAN FINK |
| 21211 | URSULA ROBBINS |
| 2124 | JOSEPHINE RITTLE |
| 2131 | COLLEEN DAVIGNON |
| 2133 | PATRICIA SUMNER |
| 2137 | BEVERLY ROSSEN |
| 2146 | E GENEVA HAMILTON |
| 2149 | LOUDELL BENTLEY |
| 2154 | SHARON ERICKSON |
| 2156 | JOYCE TRAINO |
| 2158 | SANDRA GROOVER |
| 2162 | ALENE TELLEZ |
| 2167 | FREDA EWING |
| 2174 | ARLENE NORGROVE |
| 2181 | TERRY SMITH |
| 2185 | SONDRA BENTZ |
| 2189 | ARLENE WALKER |
| 2198 | SYBIL GOODMAN |
| 2206 | JOAN GINTER |
| 2207 | SARA PRICE |
| 2209 | ELEANOR HARPER |
| 2212 | ADELLINE LINDER |
| 2218 | CHRIS CARTER |
| 2219 | ELLIN KUENLEN |
| 2234 | MARY PARKER |
| 2235 | JOYCE ALLEN |
| 2236 | MARY PHILIPPA |
| 2249 | EMILY EVINS |
| 2251 | VIRGINIA LYON |
| 2253 | MARIE SCOTT |
| 2256 | A T ROBERTS |
| 2265 | R MEYER |
| 2277 | DARLENE GENESER |
| 2278 | KAREN LASSMAN |
| 2280 | FAITHFUL CREATIONS |

| | |
|---|---|
| 2283 | TRACEY HODGE |
| 2284 | LORRAINE CULP |
| 2293 | OLGA HILLAND |
| 2296 | IRENE L WEYGANDT |
| 2305 | LAURA FLOYD |
| 2307 | DARBY BISHOP |
| 2309 | WANDA GREATHOUSE |
| 2331 | PENELOPE RICHARDS |
| 2343 | ROSALIE BENSON |
| 2349 | ANNA HODO |
| 2356 | PANSY JOHNSON |
| 2365 | ROSE HOGAN |
| 2369 | GLORIA PALMER |
| 2371 | EDNA KEARFOTT |
| 2374 | LEAH JOSEPH |
| 2378 | TINA BARLOW |
| 2380 | MAEVE JAJAC |
| 2386 | PRISCILLA ANTONELLI |
| 2387 | NORMA EWING |
| 2390 | DOROTHY MUNROE |
| 2393 | EDITH WAHLSTROM |
| 2396 | LIBBY PURDY |
| 2399 | JERRY RUSSELL |
| 2400 | ELOISE HOUVENER |
| 2406 | NORMA VICKERS |
| 2408 | BETTY COCHRAN |
| 2411 | CLUADIA MOBLEY |
| 2413 | GLORIA GALON |
| 2417 | CAROLYN WAGNER |
| 2422 | JEANNE KNAPER |
| 2427 | PHYLLIS HOFFMAN |
| 2428 | ELAINE MUMAU |
| 2430 | LOIS E COWLES |
| 2432 | YOLANDA GARCIA |
| 2433 | VIRGLE PATTERSON |
| 2437 | JEANNE CASH |
| 2442 | LOIS BLACK |
| 2443 | ELAINE LACKEY |
| 2447 | CLAUDINE HART |
| 2451 | BARBARA CAMPBELL |
| 2450 | TERRY O LACKEY |
| 2454 | JINDASA (USA) LTD. |
| 2460 | PATRICIA SMITH |
| 2474 | EMMA SCHUTT |
| 2490 | MARILYN SINGH |
| 2491 | CONNIE FLEURENT |
| 2492 | RUTH HUISH |

| | |
|---|---|
| 2494 | BETTY C WILLIAMS |
| 2497 | ROSEMARY METZER |
| 2501 | HEATHER LEWIS |
| 2502 | MARIA POLLES |
| 2513 | HELEN SMITH |
| 2514 | JUNE LEWIS |

The Trustee recommends said claims be treated as: DISALLOWED

NOTICE IS GIVEN that the above claim be disallowed or allowed in the amount and with the priority as recommended above by the Trustee unless on or before 3/25/09 fifteen (15) days from mailing, the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the trustee AND receives from the trustee a withdrawal of objection;

OR

2. Files and serves a response to the objection with the Clerk of the Court, 230 N. First Ave. #101, Phoenix, Arizona 85003-1706 and mails a copy thereof to the trustee at: BANKRUPTCY TRUSTEE, 216 N. CENTER, MESA, AZ 85201. If the claimant timely files and serves a response to the objection, the trustee shall request a hearing from the court, which hearing shall be held on at least 30 days notice to the claimant.

A true and exact copy of this objection has been forwarded on the date as appears below to the claimant at the address listed above.

| | |
|---|---|
| 03/09/09 | /S/ DAVID A. BIRDSELL |
| DATE | DAVID A. BIRDSELL, Trustee |

A T ROBERTS
1246 MOOTY BRIDGE RD #73
LAGRANGE GA 30240-1155

ADDIE DUNN
712 WICKER CT #2A
NEWARK NJ 07104

ADELLINE LINDER
655 LINDEN AVE #106
HARTFORD WI 53027

ALENE TELLEZ
6516 HARLEY WAY
SACRAMENTO CA 95828-2114

ALTA WILLIAMS
2908 LIGHTHOUSE LN
PARLIN NJ 08859

ANNA HODO
601 LOCUS ST
DONIPHAN MO 63935

ARLENE NORGROVE
1390 5TH AVE #4B
NEW YORK NY 10026

ARLENE WALKER
44 MELVIN AVE
WEST - HEMPSTEAD NY 11552

ARLIEN KOSCIOLEK
7616 68TH N AVE
MINNEAPOLIS MN 55428

ARTHUR KUEHNY
RR 1 BOX 183
LAHOMA OK 73754-9730

B KAY
1702 SHINGLETOWN RD
MOUNTAIN CITY TN 37683-8019

BARBARA CAMPBELL
23W510 WALNUT ST
ROSELLE IL 60172

BARBARA MARSH
2415 ALLENBROOK DR APT 10
ALLENTOWN PA 18103

BETSEY MCPHEE
77 KING AVE
LEOMINSTER MA 01453-6716

BETTIE HUSSEY
12 GUAVA AVE
DEFUNIAK SPRGS FL 32435

BETTY C WILLIAMS
POB 62
HAZARD KY 41702

BETTY COCHRAN
832 STERLING ST
PLAINFIELD NJ 07062

BETTY JUCEVIC
648 - 24TH PL
HERMOSA BEACH CA 90254

BETTY NELSON
52 DAVENPORT RD
BIG FLATS NY 14814

BETTY WISNIEWSKI
3215 E FISHER RD
BAY CITY MI 48706

BEVERLY RILEY
1353 WADE DRIVE
ELKHART IN 46514-8229

BEVERLY ROSSEN
8101 BOCA CIEGA DR
ST. PETE BEACH, FL 33706

CANYON RIBBON & SUPPLY, CO.
1509 E WASHINGTON
PHOENIX AZ 85034

CAROLYN WAGNER
960 WEDGEWOOD SE
WINTR HAVEN FL 3880

CHRIS CARTER
160 N. VISTA
KELSO WA 98626

CINDY BUCK
964 KERRY DR
PASADENA TX 77506-5011

CLARA MATSUSHIMA
91-848 KEAKAULA PL
EWA BEACH HI 96706

CLAUDINE HART
139 EAST MAIN ST
CARDINGTON OH 43315-1004

CLUADIA MOBLEY
PO BOX 4351
SAN DIEGO CA 92164

COLLEEN DAVIGNON
330 CROSS RD
CLARKSBURG MA 01247-4619

COLLEEN MCBRIDE
46025 MORCEAU DR
MACOMB MI 48044

CONNIE FLEURENT
6 PINE CONE CIR
BIDDEFORD ME 04005-9412

D KERR
1550 GOVER LN
SAN CARLOS CA 94070-4852

DAISY HOGANS
12894 NW REDIE DAWSON RD.
BRISTOL FL 32321-9711

DARBY BISHOP
308 PARKER AVE
KALAMAZOO MI 49001

DARLENE GENESER
264 SHELDON AVE
W RUTLAND VT 05777

DIAN DODDS
574 W 2ND ST BOX 31
AINSWORTH NE 69210-1314

DIANA KUCERAK
33 HIGHLAND AVE
ILION NY 13357-2263

DONNA ANDREGG
POB 297
PAONIA CO 81428

DONNA COLLETT
17191 CORBINA LN #204
HUNTINGTON BEACH CA 92649

DOROTHY DAVIS
580 CHURCHILL ST
FALLON NV 89406-3903

DOROTHY MACGURN
1240 HARMONY LANE
AUBURN CA 95603

DOROTHY MUNROE
33 COLUMBUS AVE
SOUTHBRIDGE MA 01550

E GENEVA HAMILTON
3711 EAGLE ST
SAN DIEGO CA 92103

EDITH WAHLSTROM
201 GRAND AVE #401
WASHINGTON MO 63090

EDNA KEARFOTT
6044 N WASHTENAW AVE
CHICAGO IL 60659-3922

EDNA SCHAUPP
N 4015 TOWN HALL RD
MERRILL WI 54452

EDYTHE MORRIS
PO BOX 34135
PHILADELPHIA PA 19101

EILEEN EARHART
460 OLD SAN FRNCSCO RD APT E 211
SUNNYVALE CA 94086-6302

ELAINE FINNEY
1789 NOBLE ST
E MEADOW NY 11554-4018

ELAINE LACKEY
4217 FRIENDSHIP LEDFORD RD
WINSTON SALEM NC 27107

ELEANOR HARPER
6660 LINDBROOK WAY
SACRAMENTO CA 95823

ELIZABETH ARDITO
9 CECELIA DR.
EAST HAVEN CT 06512

ELIZABETH CAHDILL
121 RIDGEWOOD DR
SOMERSET KY 42503

ELIZABETH LOCKE
30702 SE 40TH ST
WASHOUGAL WA 98671

ELOISE HOUVENER
1105 ASHMAN ST
MIDLAND MI 48640-5469

EMILY EVINS
1111 LAMAR DR
BRYAN TX 77802

EMMA SCHUTT
3881 E ROSEBUSH RD
ROSEBUSH MI 48878

ESMERALDA NOGUEIRA
5458 BONKY COURT
W PALM BEACH FL 33415

FAITHFUL CREATIONS
181 MACKLIN STREET
CRANSTON RI 02920

FRED INGHRAM
176 STATE RTE 30
ESPERANCE NY 12066-3920

FREDA EWING
10892 POTTS RD.
SEDRO WOOLLEY WA 98284

GEORGE DORAN
3060 KIOWA BLVD N APT A
LAKE HAVASU CITY AZ 86404

GERRY LAPPIN
22445 CUPERTINO RD NO 16
CUPERTINO CA 95014-1043

GLORIA GALON
71 TIOGA AVE
SAN FRANCISCO CA 94134

GLORIA PALMER
115 ASTORIA WAY
PARK RIDGE IL 60068-2890

HEATHER LEWIS
3717 E NORTHERN PKWY
BALTIMORE MD 21206

HELEN NEDOROSCIK
16 CARNEY ST
UXBRIDGE MA 01569

HELEN SHERMAN
6100 EVERALL AVE APT 405
BALTIMORE MD 21206-1955

HELEN SMITH
5175 DUDLEY ST
ARVADA CO 80002

INNA KANTER
26 DRAKE RD APT E
ARLINGTON MA 02476

INTERNATION APPAREL
183 MADISON AVE, SUITE 1719
NEW YORK NY 10016

IRENE L WEYGANDT
1305 W 7TH ST #7
WEISER ID 83672

J A BRONSON
11813 E SCARRITT AVE
SUGAR CREEK MO 64054

JEANETTE PARKER
325 E 5TH ST APT 10
SHAWANO WI 54166

JEANNE CASH
1716 BARTON DR
ARLINGTON TX 76010

JEANNE KNAPER
1930 KENNETH RD #421
YORK PA 17404

JERRY RUSSELL
13337 VERONICA ROAD
DALLAS TX 75234

JINDASA (USA) LTD.
152 MADISON AVE RM 804
NEW YORK NY 10016

JOAN FINK
2259 ROCKWOOD AVE #902
SAINT PAUL MN 55116

JOAN GINTER
4723 SANDPOINTE DRIVE
NEW PORT RICHEY FL 34655

JOAN KELLEY
25 RIDGE ST
CRANSTON RI 02920

JOANN WEEMS
512 E STANFORD ST
LUBBOCK TX 79403

JOSEPHINE GINN
337 STARRS BRIDGE RD
CANON GA 30520-2127

JOSEPHINE RITTLE
213 S WEST ST
SHENANDOAH PA 17976-2244

JOYCE ALLEN
12634 HWY 417
BATCHELOR LA 70715

JOYCE TRAINO
14 NEWTOWN RD #B9
DANBURY CT 06810

JUDITH WILLIAMS
316 E MAIN ST
ODON IN 47562-1412

JUNE LEWIS
14330 HIGH PINE ST
POWAY CA 92064

K WASHBURN
310 S MAIN ST
CENTERVILLE IA 52544

| | | |
|---|---|---|
| KAREN LASSMAN<br>600 S VERDE VISTA<br>VISALIA CA 93277 | KAREN NOEL<br>6795 DICKINSON TERR.<br>PORT ST LUCIE, FL 34952 | KAYE HAYNES<br>150 CEDAR PK<br>CANYON LAKE TX 78132 |
| LAURA FLOYD<br>131 PLEASANT RIDGE DR<br>RICHMOND KY 40475 | LEAH JOSEPH<br>25515 WALDORF ST<br>ROSEVILLE MI 48066 | LENA AMARAL<br>18 DONNA DR<br>PORTSMOUTH RI 02871 |
| LEONA KELLERMAN<br>1411 1/2 GOOLD ST UPSTAIRS<br>RACINE WI 53402 | LIBBY PURDY<br>3755 S. SCHOOL AVE APT. 49<br>SARASOTA FL 34239 | LILLIAN LYNN<br>5901 MACARTHUR BLVD NW APT 200<br>WASHINGTON DC 20016 |
| LOIS BLACK<br>POB 1285<br>BANDON OR 97411 | LOIS E COWLES<br>5321 SPRINGPORT RD<br>EATON RAPIDS MI 48827 | LOIS NELSON<br>RR 8 BOX 8320<br>LUFKIN TX 75904 |
| LORRAINE CULP<br>#2 3001 NASSAWANGO RD<br>POCOMOKE CITY MD 21851 | LOUDELL BENTLEY<br>811 E CENTER ST<br>LINDON UT 84042 | LOUISE C STEENBURG<br>534A 4TH AVE S #12<br>NAPLES FL 34102 |
| MAEVE JAJAC<br>8418 117TH ST<br>RICHMOND HILL NY 11418-1401 | MARIA POLLES<br>4168 EDENHURST AVE<br>LOS ANGELES CA 90039-1306 | MARIE SCOTT<br>9761 COLUMBINE AVE<br>MONTCLAIR CA 91763 |
| MARILYN SINGH<br>364 GREENWICH WAY<br>SALINAS CA 93907 | MARJORIE MARLOWE<br>1618 N 6TH ST<br>CLINTON IA 52732 | MARJORIE MARRICK<br>500 E VALLEY PARK WAY #140<br>ESCONDIDO CA 92125 |
| MARJORIE TAYLOR<br>104 SANBORN ST<br>KNOXVILLE IL 61448-1335 | MARTHA MILLER<br>8915 SAN CARLOS AVE<br>S GATE CA 90280 | MARTI ELLIOTT<br>PO BOX 5453<br>W. PK, FL 32793 |
| MARY MILLER<br>1844 2ND AVE. APT 116<br>NEW YORK, NY 10128 | MARY PARKER<br>4525 RAY RD<br>LINDEN MI 48451-9401 | MARY PHILIPPA<br>86 MAYFLOWER AVE<br>NEW ROCHELLE NY 10801 |
| MARY WEBSTER<br>3698 55TH ST. NORTH<br>SAINT PETERSBURG FL 33710 | MAXINE MARTIN<br>RR 1 BOX 682<br>FARMINGTON WV 26571 | MILDRED GOODEN<br>1134 MOOSE ST<br>YUKON OK 73099 |

| | | |
|---|---|---|
| MURIEL LAVENDA<br>285 CENTRAL AVE #B5<br>LAWRENCE NY 11559 | NANCY BERNARDO<br>229 HUDSON ST<br>NEW BEDFORD MA 02744 | NORMA EWING<br>4749 N. RIVER DR<br>BENSALEM PA 19020 |
| NORMA VICKERS<br>2220 DOVER DR<br>HUTCHINSON KS 67502 | OLGA HILLAND<br>512 FLAGLER ST<br>DELTONA FL 32725 | PANSY JOHNSON<br>168-20 127TH AVE #2C<br>JAMAICA NY 11434 |
| PATRICIA BENNETT<br>1638 W PHEASANT ST<br>MOSES LAKE WA 98837 | PATRICIA SMITH<br>515 EVERETT ROAD<br>FREMONT OH 43420 | PATRICIA SUMNER<br>5953 GULLSTRAND STREET<br>SAN DIEGO CA 92122-3819 |
| PENELOPE RICHARDS<br>PO BOX 205<br>ASHLAND MS 38603 | PHYLLIS CHILDERS<br>58 CALLAWAY DR<br>TAYLORSVILLE NC 28681-7262 | PHYLLIS HOFFMAN<br>4013 STATE RT 351 E<br>HENDERSON KY 42420 |
| R BALLARD<br>5317 WESLEY AVE<br>BALTIMORE MD 21207 | R MEYER<br>80 W BROADWAY 502<br>LONG BEACH NY 11561-4036 | RALPH MODER<br>1821 E RUSK AVE<br>MILWAUKEE WI 53207 |
| ROSALIE BENSON<br>169 S NACHITA DRIVE<br>DALLAS TX 75217 | ROSE HOGAN<br>601 S 20TH ST<br>BETHANY MO 64424-2309 | ROSEMARY METZER<br>231 E SUPERIOR ST #1108<br>DULUTH MN 55802 |
| RUTH HUISH<br>1643 E 17TH DRIVE<br>DOUGLAS AZ 85607 | RUTH MELCHET<br>6636 YELLOWSTINE BLVD APT 5 C<br>FOREST HILL NY 11375-2551 | RUTH PIATT<br>RR 1 BOX 1<br>NEW MATAMORAS OH 45767 |
| SABRINA HENSON<br>45 WINDSOR DR #1407<br>HINSDALE IL 60523 | SANDRA GROOVER<br>235 ANDREWS RD<br>BALDWIN GA 30511 | SARA PRICE<br>37 DANA AVE<br>SYLACAUGA AL 35150 |
| SHARON ERICKSON<br>20580 COTTONWOOD ST<br>CEDAR MN 55011 | SHEILA NOBLE<br>11502 CHELSEY CT<br>MITCHELLVILLE MD 20721 | SONDRA BENTZ<br>2647 DAYBREAK SE CT<br>ROCHESTER MN 55904 |
| SYBIL GOODMAN<br>2718 EAST E ST<br>TORRINGTON WY 82240 | T J FISHER<br>8527 ST. JOE CENTER RD<br>FORT WAYNE IN 46835 | TERRY O LACKEY<br>912 W DATE AVE<br>LOMPOC CA 93436 |

TERRY SMITH
2309 W HENRY AVE
TAMPA FL 33603

TESSIE TWICHELL
15 PAIGE WAY
FORT ANN NY 12827

THERESA LOVELACE
1002 N MORGAN RD C/O ROY LOVELACE
TUTTLE OK 73089

TINA BARLOW
3300 VOIGHT BLVD #9
SAN ANGELO TX 76905

TRACEY HODGE
2926 SCOTT RD
ALEXANDER CITY AL 35010

URSULA ROBBINS
43 ROGERS ST.
N BILLERICA MA 01862

VERNA MOREHOUSE
110 HOLIDAY LN POB 706
PACKWOOD WA 98361

VICTORIA THOMAS
1033 W 30TH ST
LOS ANGELES CA 90007

VIRGINIA LYON
PO BOX 462
ALAMOGORDO NM 88311

VIRGLE PATTERSON
PO BOX 221
CHATSWORTH GA 30705-0221

WANDA GREATHOUSE
2573 S PEACHTREE RD
FRANKLIN IN 46131

WILLIAM HOLUB
2114 HILLBURN DR
DALLAS TX 75227

YOLANDA CONTE
47 AMADOR ST. # 2 FLR.
STATEN ISLAND NY 10303

YOLANDA GARCIA
1853 N KEDZIE AVE
CHICAGO IL 60647

ELAINE MUMAU
19 CATHERINE AVE
ALEXANDRIA BAY NY 13607-1502

ELLIN KUENLEN
10840 FAIRWAY CT E APT 222
SUN CITY AZ 85351-4112

NATALIE CHUA
905 ARCADIA AVE.
ARCADIA, CA 91007

NICK DAMASCENO
PO BOX 982
POMPANO BEACH, FL 33061

PRISCILLA ANTONELLI
4 POINT PLEASANT AVE
MARMORA NJ 08223-1803