**DAVID A. BIRDSELL**
Chapter 7 Trustee
216 N. Center
Mesa, AZ 85201
(480) 644-1080

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>BI HOLDINGS, INC.<br><br><br><br>Debtor(s). | Chapter 7<br><br>Case No. 2:02-bk-19210-GBN<br><br>**APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

David A. Birdsell, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 5003 | 01/31/2013 | JOHNNIEMAE COLLINS<br>2342 NORTH 18TH ST.<br>MILWAKEE, WI 532062024 | $25.00 |
| 5010 | 01/31/2013 | THELMA M. BROEKER<br>8676 SKY LINE DR<br>PINON HILLS, CA 923729562 | $26.85 |
| 5015 | 01/31/2013 | DOROTHY TALLEY<br>4052 OAKESDALE RD<br>OAKESDALE, WA 99158 | $45.80 |
| 5021 | 01/31/2013 | ANN MCDANIEL<br>140 AMY RD.<br>HENDERSON, TX 75652 | $46.80 |
| 5022 | 01/31/2013 | PATRICIA BENNETT<br>1638 W PHEASANT ST<br>MOSES LAKE, WA 98837 | $58.80 |
| 5027 | 01/31/2013 | LENA AMARAL<br>18 DONNA DR | $42.85 |

| | | | |
|---|---|---|---|
| | | PORTSMOUTH, RI 02871 | |
| 5028 | 01/31/2013 | SHARON EELLS<br>214 S STONE<br>SPOKANE, WA 99202 | $45.60 |
| 5029 | 01/31/2013 | ORA MCLAUGHLIN<br>104 SECOND ST BOX 389<br>BOILING SPRINGS, PA 17007 | $22.00 |
| 5030 | 01/31/2013 | SANDRA HERTZOG<br>360 E SUMMIT ST APT 312<br>KENT, OH 442407903 | $89.80 |
| 5031 | 01/31/2013 | ROMA FRUEDENBERG<br>4937 SEABREEZE WAY<br>EVERETT, WA 982031423 | $57.95 |
| 5032 | 01/31/2013 | SHIRLEY FRENCH<br>4479 W 500 N<br>PORTLAND, IN 47371 | $20.00 |
| 5035 | 01/31/2013 | CLAUDIA THOMPSON<br>416 PLATTE AVE<br>ALLIANCE, NE 69301 | $45.65 |
| 5036 | 01/31/2013 | MARGARET BATSON<br>4511 HOLLY TREE RD<br>WILMINGTON, NC 28412 | $26.08 |
| 5038 | 01/31/2013 | CATHERINE HETZEL<br>101 E CHESNUT ST #307<br>FRACKVILLE, PA 17931 | $11.90 |
| 5044 | 01/31/2013 | ELOISE LOCKE<br>134 3RD ST<br>WEBSTER CITY, IA 505951604 | $31.85 |
| 5054 | 01/31/2013 | ROSEMARY METZER<br>231 E SUPERIOR ST #1108<br>DULUTH, MN 55802 | $24.90 |
| 5057 | 01/31/2013 | JULIA I DEADMON<br>5536 W CONGRESS PKWY #2<br>CHICAGO, IL 60644 | $26.00 |
| 5060 | 01/31/2013 | JUNE ALEXANDER<br>160 - 7TH ST APT 301<br>BUFFALO, NY 14201 | $39.00 |
| 5069 | 01/31/2013 | ANNA PERRINO<br>120 ELIZABETH ST. #208<br>NORWICH, CT 06360 | $20.85 |
| 5071 | 01/31/2013 | MARIE JOHNSON<br>123 HARVARD AVE<br>PUEBLO, CO 810041223 | $20.90 |

| | | | | |
|---|---|---|---|---|
| 1 | 5073 | 01/31/2013 | ARDEN KOLB-DEBOLT<br>9812 FOX SHORES DR.<br>ALGONQUIN, IL 60102 | $34.00 |
| 2 | 5077 | 01/31/2013 | CARMELA COFONE<br>401 NEW BRUNSWICK AVE #102<br>E BRUNSWICK, NJ 08816 | $55.52 |
| 3 | 5078 | 01/31/2013 | DOROTHY STANLAND<br>PO BOX 174 537 LAKE ST<br>WAVERLY, FL 338770174 | $26.85 |
| 4 | 5085 | 01/31/2013 | HAZEL JACKSON<br>PO BOX 490413<br>LEESBURG, FL 32749 | $63.00 |
| 5 | 5087 | 01/31/2013 | HALE KENT<br>1781 EDENWALD AVE<br>BRONX, NY 10466 | $146.45 |
| 6 | 5088 | 01/31/2013 | PAULINE HOUSTON<br>239 W 43RD ST<br>LOS ANGELES, CA 90037 | $15.00 |
| 7 | 5089 | 01/31/2013 | ROSE HARKCON<br>POB 225<br>VADER, WA 98593 | $40.75 |
| 8 | 5091 | 01/31/2013 | GAIL JAEGER<br>E887 STATE HWY 29<br>LUXEMBURG, WI 542177463 | $34.98 |
| 9 | 5092 | 01/31/2013 | JUDY DUNN<br>41421 ALLEGHANY ST<br>CANTON, MI 48188 | $24.95 |
| 10 | 5094 | 01/31/2013 | CHARLES WAY<br>798 BIRNEY HWY<br>ASTON, PA 19014 | $10.00 |
| 11 | 5096 | 01/31/2013 | LILLIAN MATTINSON<br>654 W E ST APT 43<br>TEHACHAPI, CA 93561 | $27.85 |
| 12 | 5102 | 01/31/2013 | CHARLES GARNETT<br>4914 PARK LN S<br>SUITLAND, MD 20746 | $58.70 |
| 13 | 5107 | 01/31/2013 | PERKINS LOAN<br>C/O AFSA<br>2505 S. FINLEY RD.<br>LOMBARD, IL 601484867 | $2,148.29 |
| 14 | 5113 | 01/31/2013 | PAULINE NIELSEN<br>800 4TH AVE S. APT 501 | $28.92 |

| | | | |
|---|---|---|---|
| | | ALBERT LEA, MN 56007 | |
| 5117 | 01/31/2013 | IMOGENE LESLEY<br>514 N WAYNE ST<br>PERU, IN 469701207 | $50.80 |
| 5126 | 01/31/2013 | RACHEL GENTRY<br>111 KENTUCKY AVE.<br>PLAINFIELD, IN 46168 | $51.80 |
| 5127 | 01/31/2013 | CARRIE KIMBER<br>POB 147<br>FREDONIA, PA 16124 | $22.65 |
| 5128 | 01/31/2013 | MARJORIE HANSEN<br>501 EISENHOWER ST #118<br>SANDSTONE, MN 55072 | $15.90 |
| 5130 | 01/31/2013 | MARY E STEPHENS<br>1290 BROAD ST W #O20<br>LEHIGH ACRES, FL 33936 | $36.85 |
| 5132 | 01/31/2013 | SAMUALLA PRY<br>1800 LUZERN ST<br>SEASIDE, CA 939553934 | $945.94 |
| 5133 | 01/31/2013 | PAT PENDLETON<br>PO BOX 93 311 W 3RD ST<br>MORTON, MN 56270 | $22.85 |
| 5134 | 01/31/2013 | SANDRA WAACK<br>5120 GOODMAN AVE #2<br>FORT WORTH, TX 761077120 | $37.70 |
| 5135 | 01/31/2013 | OLLIE FUSELIER<br>209 POST DR<br>EUNICE, LA 70535 | $40.00 |
| 5139 | 01/31/2013 | LORENE LAFLEUR<br>2293 FAIRVIEW RD APT 121<br>COSTA MESA, CA 92627 | $22.90 |
| 5142 | 01/31/2013 | ROSEANN MATNEY<br>RT 1 BOX 227A<br>TAZEWELL, VA 24651 | $26.85 |
| 5143 | 01/31/2013 | DENNIS KNUTSEN<br>POB 24267<br>EDINA, MN 55424 | $20.85 |
| 5144 | 01/31/2013 | JESSIE THOMAS<br>PO BOX 205<br>SASSER, GA 31785 | $27.95 |
| 5145 | 01/31/2013 | MARIA CUSTODIO<br>3580 NW 110TH LN APT S<br>CORAL SPRING, FL 330652754 | $99.65 |

| | | | | |
|---|---|---|---|---|
| 1 | 5146 | 01/31/2013 | MARIAN HAPEK<br>PO BOX 294<br>PRATTSVILLE, NY 124680294 | $25.00 |
| 2 | 5148 | 01/31/2013 | EDNA GROETKEN<br>1525 COURT ST #259<br>SIOUX CITY, IA 510051524 | $24.95 |
| 3 | 5149 | 01/31/2013 | JUNE RAY<br>PO BOX 317<br>NEW CUMBERLAND, WV 260470317 | $20.85 |
| 4 | 5155 | 01/31/2013 | MARYLOU VALENTINE<br>25236 106TH AVE SE #C105<br>KENT, WA 98031 | $60.00 |
| 5 | 5156 | 01/31/2013 | ELIZABETH ALDERFER<br>1729 BANCROFT AVE APT 1D<br>ROCHESTER, IN 46975 | $14.80 |
| 6 | 5161 | 01/31/2013 | K WASHBURN<br>310 S MAIN ST<br>CENTERVILLE, IA 52544 | $35.90 |
| 7 | 5166 | 01/31/2013 | STELLA PANDERGRASS<br>541 N MAIN ST #5<br>WATERVLIET, MI 490989751 | $119.70 |
| 8 | 5174 | 01/31/2013 | ALICE LOUGH<br>103 JACKSON AVE<br>ELKTON, VA 22827 | $36.65 |
| 9 | 5175 | 01/31/2013 | MARGARET YOTHMENT<br>3205 RIDGE RD<br>HIGHLAND, IN 46322 | $27.00 |
| 10 | 5178 | 01/31/2013 | ANTIONETTE TIANO<br>4802 LAWNWOODS DR<br>DES MOINES, IA 50310 | $16.00 |
| 11 | 5180 | 01/31/2013 | CLUADIA MOBLEY<br>PO BOX 4351<br>SAN DIEGO, CA 92164 | $23.80 |
| 12 | 5182 | 01/31/2013 | JERRY J FRANKLIN<br>1770 LESLIE RD. APT 109<br>RICHLAND, WA 99352 | $34.00 |
| 13 | 5184 | 01/31/2013 | EMMA AKI<br>114 N KUAKANI ST #505<br>HONOLULU, HI 96817 | $25.00 |
| 14 | 5186 | 01/31/2013 | THELMA DIXON<br>POB 187<br>HATCHECHUBBEE, AL 36858 | $33.00 |

| | | | |
|---|---|---|---:|
| 5187 | 01/31/2013 | BETTY JONES<br>2086 N LA LOMA DR #D<br>RANCHO CORDOVA, CA 95670 | $35.90 |
| 5188 | 01/31/2013 | DOROTHY GREELEY<br>POB 73<br>N PLATTE, NE 69103 | $30.00 |
| 5190 | 01/31/2013 | MARY M OBRIEN<br>1039 N EMILY PL #1<br>PEORIA, IL 61604 | $32.00 |
| 5195 | 01/31/2013 | DELORES YOUNG<br>PO BOX 29054<br>WASHINGTON, DC 20017 | $26.00 |
| 5197 | 01/31/2013 | VALENTINA ROGERS<br>17 DIXON AVE<br>BRISTOL, RI 02809 | $84.00 |
| 5202 | 01/31/2013 | SHERYL COYLE<br>7859 UNIVERSITY AVE NE APT 208<br>MINNEAPOLIS, MN 554322649 | $55.00 |
| 5205 | 01/31/2013 | RUTH GOLDSTEIN<br>3060 S DECATUR BLVD #E4<br>LAS VEGAS, NV 89102 | $40.00 |
| 5211 | 01/31/2013 | PATRICIA WARD<br>43638 JARED LN<br>HEMET, CA 925445269 | $79.00 |
| 5218 | 01/31/2013 | JANE GREENAWALT<br>3304 EAST AVE<br>ERIE, PA 16504 | $41.85 |
| 5222 | 01/31/2013 | BEATRICE JOHANSEN<br>507 FRANKLIN ST<br>JESUP, IA 50648 | $58.80 |
| 5224 | 01/31/2013 | BETTY JOE COOPER<br>1012 LA MESA LN<br>THE VILLAGES, FL 32159 | $52.79 |
| 5225 | 01/31/2013 | RUTHE WOODS<br>733 PARRISH DR.<br>GRAND PRAIRIE, TX 75050 | $30.00 |
| 5230 | 01/31/2013 | MALVINE PAKRADOONI<br>615 W 183RD ST #6H<br>NEW YORK, NY 10033 | $18.85 |
| 5236 | 01/31/2013 | MARY THOMPSON<br>11903 N OAKS DR<br>AUSTIN, TX 787532312 | $8.83 |
| 5238 | 01/31/2013 | EMILY EVINS | $5.14 |

| | | | | |
|---|---|---|---|---|
| 1 | | | 1111 LAMAR DR<br>BRYAN, TX 77802 | |
| 2 | 5239 | 01/31/2013 | ARRAH YERBY<br>902 7TH ST<br>TULAROSA, NM 88352 | $7.73 |
| 4 | 5241 | 01/31/2013 | MARY CRAWFORD<br>10325 SE HOLGATE #309<br>PORTLAND, OR 97206 | $7.01 |
| 6 | 5249 | 01/31/2013 | PANSY GUYNN<br>8912 N HAMNER AVE<br>TAMPA, FL 33604 | $5.32 |
| 8 | 5259 | 01/31/2013 | JEANNE CASH<br>1716 BARTON DR<br>ARLINGTON, TX 76010 | $10.04 |
| 10 | 5266 | 01/31/2013 | LORETTA MILLER<br>367 MAIN RD<br>COLRAIN, MA 01340 | $7.14 |
| 12 | 5269 | 01/31/2013 | MARY RITTER<br>170 MILL ST<br>VERONA, PA 151472334 | $8.34 |
| 14 | 5270 | 01/31/2013 | NORMA TRICKEY<br>1265 11TH ST APT 310<br>W DES MOINES, IA 502652108 | $8.95 |
| 16 | 5273 | 01/31/2013 | M M DOLAN<br>1440 RANDOLPH AVE APT 211<br>SAINT PAUL, MN 55105 | $8.13 |
| 17 | 5274 | 01/31/2013 | W LUEDIKE<br>2348 AIRPORT RD<br>CARSON CITY, NV 89706 | $5.15 |
| 19 | 5277 | 01/31/2013 | RUTH G BATEMAN<br>1500 W FAIRMONT ST APT 149<br>LONGVIEW, TX 75604 | $5.67 |
| 21 | 5279 | 01/31/2013 | ELEANOR COOK<br>79 KITTANNING PKE<br>PITTSBURGH, PA 152151345 | $5.05 |
| 23 | 5280 | 01/31/2013 | KATHLEEN CLINTON<br>PO BOX 574<br>RED OAK, OK 74563 | $11.36 |
| 25 | 5281 | 01/31/2013 | ZELMA BROOKS<br>306 N CENTER ST #1-N<br>JOLIET, IL 60435 | $6.05 |

| | | | |
|---|---|---|---|
| 5286 | 01/31/2013 | SYLVIA WORTMAN<br>POB 116<br>MC ADENVILLE, NC 28101 | $10.78 |
| 5290 | 01/31/2013 | NYLA HUBER<br>RR 1 BOX 83 701 DRAKE ST<br>MELLEN, WI 54546 | $5.43 |
| 5299 | 01/31/2013 | ETHEL TAFF<br>3420 PRIMM LN<br>BIRMINGHAM, AL 352160560 | $8.46 |
| 5300 | 01/31/2013 | EDNA REGENNITTER<br>51500 SE 6TH #38<br>SCAPPOOSE, OR 970564432 | $5.21 |
| 5301 | 01/31/2013 | GERTRUDE GERBER<br>1715 FAIRFAX RD<br>TOLEDO, OH 436135209 | $7.49 |
| 5306 | 01/31/2013 | WILMA COLLINS<br>6250 N 19TH AVE APT 242<br>PHOENIX, AZ 85015 | $5.24 |
| 5311 | 01/31/2013 | BO BOZARTH<br>2400 S POLK ST #118<br>AMARILLO, TX 79109 | $11.87 |
| 5312 | 01/31/2013 | MARGARET FREESE<br>3200 NETHERLAND AVE<br>BRONX, NY 10463 | $5.18 |
| 5315 | 01/31/2013 | FEROL BROUILLARD<br>2820 CHRISTIAN ST #203<br>WHITE RIVER JCT, VT 05001 | $5.43 |
| 5317 | 01/31/2013 | JACQUELINE ALEXANDER<br>207 E 84TH PLACE<br>LOS ANGELES, CA 90003 | $6.15 |
| 5319 | 01/31/2013 | JULIA SMYTHE<br>215 N POWER RD UNIT 464<br>MESA, AZ 85205 | $194.03 |
| 5320 | 01/31/2013 | ERMA BUCK<br>23944 LONG GROVE RD<br>DEER PARK, IL 60010 | $7.16 |
| 5325 | 01/31/2013 | CHARLOTTE BOWDEN<br>3118 DEVILS GLEN RD APT 302<br>BETTENDORF, IA 527223377 | $5.68 |
| 5327 | 01/31/2013 | JEMIMA M MURPHY<br>820 DEMONT ST.<br>TOMS RIVER, NJ 087533716 | $9.93 |
| 5330 | 01/31/2013 | JUNE NICK | $26.85 |

| | | | | |
|---|---|---|---|---|
| 1 | | | 13076 PNT DGLS DR. S<br>HASTINGS, MN 55033 | |
| 2 | 5331 | 01/31/2013 | PATRICIA FRADALE<br>POB 274<br>CLOVERDALE, CA 95425 | $21.83 |
| 4 | 5333 | 01/31/2013 | SPENCER PRESS<br>C/O GORDON C AYER, ESQ<br>90 SPENCER DR<br>WELLS, ME 04090 | $41,858.76 |
| 6 | 5335 | 01/31/2013 | SARAH CRAIGIN<br>3604 E 34TH LN<br>HOBART, IN 46342 | $5.09 |
| 8 | 5337 | 01/31/2013 | NANCY POWELL<br>2275 SONESH CIRCLE<br>KAUFMAN, TX 75142 | $10.07 |
| 10 | 5338 | 01/31/2013 | HELEN UTTINGER<br>8095 W WOOD ST<br>DECATUR, IL 625229662 | $6.17 |
| 12 | 5339 | 01/31/2013 | MARY JOAN PACHECO<br>24659 BROOK DR<br>MADERA, CA 93638 | $10.03 |
| 14 | 5343 | 01/31/2013 | FAY MCBRIDE<br>PO BOX 5<br>SPRING VALLEY, CA 919760005 | $6.91 |
| 16 | 5346 | 01/31/2013 | LOWENE DAGEN<br>1201 CENTURY CIR APT D2<br>WASILLA, AK 996548532 | $60.64 |
| 18 | 5354 | 01/31/2013 | LUCILLE ORSINI<br>8 PALISADES DR #1<br>TOMS RIVER, NJ 08753 | $7.00 |
| 20 | 5357 | 01/31/2013 | PAULINE WALKER<br>500 BELCHER RD. #218<br>LARGO, FL 33771 | $6.77 |
| 22 | 5359 | 01/31/2013 | LETHIA WOLD<br>5845 CHARLTON DR<br>LAKELAND, FL 338134329 | $6.39 |
| 24 | 5361 | 01/31/2013 | ERMA MECKLEY<br>1645 S COCALICO RD<br>DENVER, PA 175179534 | $6.67 |
| 26 | 5366 | 01/31/2013 | HELEN WILLIAMS<br>PO BOX 1346<br>ACKERMAN, MS 397651346 | $5.82 |

| | | | |
|---|---|---|---|
| 5371 | 01/31/2013 | MARGUERITE WRIGHT<br>107 SPRUCE ST PO BOX 3145<br>NEEDLES, CA 92363 | $8.82 |
| 5373 | 01/31/2013 | RICHARD WAYNE WHITEHURST<br>119 SIBERT 19 SEBERT AVE<br>UNIT 2<br>DESTIN, FL 32541 | $36.26 |
| 5385 | 01/31/2013 | LOLA SIPES<br>BOX 383<br>FROMBERG, MT 59029 | $5.20 |
| 5387 | 01/31/2013 | NORMA BURGWARDT<br>100 COLONY POINT DR<br>PUNTA GORDA, FL 339505030 | $8.73 |
| 5388 | 01/31/2013 | ARLENE CROW<br>990 NEES AVE<br>CLOVIS, CA 93611 | $12.53 |
| 5396 | 01/31/2013 | MAURINE SHEPARD<br>POB 234<br>ANNONA, TX 75550 | $17.78 |
| 5399 | 01/31/2013 | ANNA DOHERTY<br>12 MARION TERRACE<br>PAWTUCKET, RI 02860 | $13.22 |
| 5406 | 01/31/2013 | LORRAINE SCHULTZ<br>24479 UW HWY 19 N LOT 918<br>CLEARWATER, FL 337635006 | $5.80 |
| 5409 | 01/31/2013 | JAN HELD<br>2827 CANTERBURY ST<br>TRENTON, MI 48183 | $12.13 |
| 5412 | 01/31/2013 | ROSE MARIE GOLTERMANN<br>5369 RIDGEVALE RD<br>PLEASANTON, CA 94566 | $5.46 |
| 5413 | 01/31/2013 | JOYCE MCCLURE<br>3353 RACINE ST<br>BELLINGHAM, WA 98226 | $6.06 |
| 5416 | 01/31/2013 | MYRNA GILLER<br>216 BRYANT ST APT 4<br>MALDEN, MA 02148 | $26.59 |
| 5419 | 01/31/2013 | KAREN MCKEAN<br>339 BOB HOLLOW WY<br>SEVIERVILLE, TN 37876 | $15.16 |
| 5421 | 01/31/2013 | JUDY MOORE<br>PO BOX 693<br>LYNN, IN 47355 | $8.58 |

| | | | | |
|---|---|---|---|---|
| 1 | 5423 | 01/31/2013 | LOUISE BEDNAREK<br>C/O EDWARD AYLWARD<br>1225 ROMANY ROAD<br>KANSAS CITY, MO 64113 | $6.55 |
| 2 | 5427 | 01/31/2013 | HELEN JORDAN<br>105 W LAKE ST. APT 2<br>MOWEAQUA, IL 625501172 | $15.97 |
| 3 | 5429 | 01/31/2013 | DELLA WHITE<br>2310 SHERWOOD DR APT 105<br>COUNCIL BLUFFS, IA 51503 | $121.27 |
| 4 | 5432 | 01/31/2013 | LINDA GRIFFITH<br>1408 EDINBURG DUTCH NECK<br>WEST WINDSOR, NJ 08550 | $16.17 |
| 5 | 5433 | 01/31/2013 | INTERNATION APPAREL<br>183 MADISON AVE, SUITE 1719<br>NEW YORK, NY 10016 | $5,720.57 |
| 6 | 5434 | 01/31/2013 | SUZANNE LOMAS<br>PO BOX 513<br>MAULDIN, SC 29662 | $6.51 |
| 7 | 5437 | 01/31/2013 | MOKRYNSKI & ASSOCIATES<br>401 HACKENSACK AVENUE<br>HACKENSACK, NJ 07601 | $2,999.08 |
| 8 | 5439 | 01/31/2013 | FAITHFUL CREATIONS<br>181 MACKLIN STREET<br>CRANSTON, RI 02920 | $28.86 |
| 9 | 5440 | 01/31/2013 | CROWN FOUNDATIONS, INC.<br>PO BOX 2127<br>BRIDGEPORT, CT 06608 | $459.04 |
| 10 | 5444 | 01/31/2013 | EILEEN EARHART<br>460 OLD SAN FRNCSCO RD APT E 211<br>SUNNYVALE, CA 940866302 | $5.45 |
| 11 | 5447 | 01/31/2013 | SECURE RETIREMENT NCPSSM<br>PO BOX 79144<br>BALTIMORE, MD 212790144 | $1,546.22 |
| 12 | 5448 | 01/31/2013 | VF INTIMATES L.P.<br>3025 WINDWARD PLAZA, SUITE 600<br>ATTN: CAROL BRANCH<br>ALPHARETTA, GA 30005 | $652.34 |
| 13 | 5449 | 01/31/2013 | VF INTIMATES L.P.<br>3025 WINDWARD PLAZA, SUITE 600<br>ATTN: CAROL BRANCH<br>ALPHARETTA, GA 30005 | $1,507.82 |

| | | | |
|---|---|---|---:|
| 5453 | 01/31/2013 | OHIO BAG CORPORATION<br>P.O. BOX 247<br>FAIRVIEW, NJ 07022 | $59.12 |
| 5454 | 01/31/2013 | VALASSIS<br>PO BOX 71645<br>CHICAGO, IL 606941645 | $17,015.65 |
| 5455 | 01/31/2013 | JWS INTIMATES, INC.<br>3601 N. 29TH AVENUE<br>HOLLYWOOD, FL 33020 | $713.08 |
| 5457 | 01/31/2013 | OVERNITE TRANSPORTAION<br>P.O. BOX 79755<br>BALTIMORE, MD 212790755 | $1,792.54 |
| 5458 | 01/31/2013 | ENCHANTMENT JEWELRY CORP.<br>9700 TRUMBULL SE<br>ALBUQUERQUE, NM 87123 | $90.55 |
| 5459 | 01/31/2013 | FULFILLMENT CENTER OF ARIZONA<br>8350 S KYRENE RD, STE 109<br>TEMPE, AZ 852842104 | $4,563.85 |
| 5460 | 01/31/2013 | ABACUS<br>PO BOX 7247-7674<br>PHILADELPHIA, PA 191707674 | $1,200.66 |
| 5461 | 01/31/2013 | AMERICAN COLOR - PHOENIX<br>3202 EAST HARBOUR DRIVE<br>PHOENIX, AZ 85034 | $1,682.91 |
| 5462 | 01/31/2013 | MANPOWER<br>PO BOX 4714<br>LOS ANGELES, CA 900964714 | $651.81 |
| 5463 | 01/31/2013 | RSM APPAREL<br>8049 W SANDS DR<br>PEORIA, AZ 85383 | $7,826.71 |
| 5464 | 01/31/2013 | A CLARK ENTERPRISES, INC.<br>3132 WEST THOMAS<br>PHOENIX, AZ 85017 | $1,152.46 |
| 5465 | 01/31/2013 | ARLENE BERKS<br>2311 W 16TH AVE #261B<br>SPOKANE, WA 99224 | $5.08 |
| 5467 | 01/31/2013 | TRUDY WARD<br>201 E CHARLES ST #1<br>LAKELAND, FL 33803 | $7.74 |
| 5471 | 01/31/2013 | SHARLENE TURNER<br>59 SOUTH ST #800<br>BLACKFOOT, ID 83221 | $5.31 |
| 5476 | 01/31/2013 | EDITH HANSEN | $5.06 |

| | | | | |
|---|---|---|---|---|
| | | | 1361 SUMMER LAKE CIR #2<br>BREA, CA 92821 | |
| | 5479 | 01/31/2013 | ANN PETWAY<br>506 POE ST<br>WILSON, NC 27893 | $5.66 |
| | 5480 | 01/31/2013 | JENNIFER KOVACH<br>623 RHOADS AVE<br>BOYERTOWN, PA 19512 | $7.51 |
| | 5482 | 01/31/2013 | MARIE TREBER<br>11010 SW COTTONWOOD LN<br>TIGARD, OR 972234222 | $8.47 |
| | 5485 | 01/31/2013 | SHIRLEY LINEHAN<br>1807 W AUGUSTA AVE<br>SPOKANE, WA 99205 | $13.92 |
| | 5486 | 01/31/2013 | LUCY BRITTON<br>40 ROBINHOOD RD BOX 756<br>HAVRE DE GRACE, MD 21078 | $8.46 |
| | 5489 | 01/31/2013 | VALENTINA CYR<br>917 GARDINER RD<br>DRESDEN, ME 04342 | $6.88 |
| | 5503 | 01/31/2013 | JOANNE WILSON<br>POB 1177<br>ALPINE, CA 91903 | $5.07 |
| | 5505 | 01/31/2013 | ZELDRA JONES<br>103 E GARNETTSVILLE RD<br>MULDRAUGH, KY 40155 | $6.75 |
| | 5507 | 01/31/2013 | ANNETTE BAGLEY<br>266 MORRIS ST<br>STIRLING, NJ 079801406 | $6.51 |
| | 5510 | 01/31/2013 | LILLIAN JOHNSON<br>150 TULIP TRL #214<br>HENDERSONVILLE, NC 28792 | $5.17 |
| | 5514 | 01/31/2013 | JOAN WHITE<br>25 GALEWOOD DR<br>MATAWAN, NJ 077473634 | $7.86 |
| | 5519 | 01/31/2013 | HAZEL MILNE<br>115 W COMMERCIAL ST<br>FAIRVIEW, KS 66425 | $8.59 |
| | 5534 | 01/31/2013 | MADELINE HARTMAN<br>137 LATTABROOK RD<br>HORSEHEADS, NY 148458501 | $11.63 |

| | | | |
|---|---|---|---:|
| 5539 | 01/31/2013 | ALICE SHAW<br>3428 ROCKBRIDGE RD<br>AVONDALE ESTATES, GA 30002 | $8.10 |
| 5544 | 01/31/2013 | J.M. MURPHY<br>820 DEMONT ST<br>TOMS RIVER, NJ 08753 | $9.07 |
| 5550 | 01/31/2013 | MARY C ZINION<br>31329 SAUNDERS DRIVE<br>TAVARES, FL 32778 | $6.65 |
| 5556 | 01/31/2013 | BEULAH HARMON<br>9150 WALNUT ST<br>GEORGETOWN, IN 47122 | $8.10 |
| 5559 | 01/31/2013 | GERTRUDE ANGLESINO<br>3901 BAHIA VISTA ST<br>SARASOTA, FL 34232 | $7.88 |
| 5560 | 01/31/2013 | ALICE SIMMS<br>244 SOUTH ST<br>BRISTOL, CT 06010 | $9.70 |
| 5561 | 01/31/2013 | EVELYN BROWN<br>PO BOX 45<br>MOULTONBOROUGH, NH 03254 | $6.18 |
| 5565 | 01/31/2013 | VIVIAN GOODRICH<br>242 MAPLE ST<br>CHADRON, NE 69337 | $5.68 |
| 5567 | 01/31/2013 | BEATRICE SCHOENBERG<br>42 SANFORD PL<br>NEWARK, NJ 07106 | $6.64 |
| 5571 | 01/31/2013 | LINDA ROBERSON<br>13508 NC HWY 171<br>JAMESVILLE, NC 278469420 | $11.50 |
| 5583 | 01/31/2013 | MARY LU FORD<br>336 LLOYD AVE #25<br>SANTA BARBARA, CA 93101 | $5.07 |
| 5587 | 01/31/2013 | JOANNE DENNING<br>718 BURNWOOD DR<br>IRVING, TX 75062 | $5.92 |
| 5590 | 01/31/2013 | ELLYN KARNES<br>5087 ST RD 149<br>GRANVILLE, NY 12832 | $6.65 |
| 5592 | 01/31/2013 | OTTO MOTTELER<br>POB 641<br>CHRISNEY, IN 47611 | $6.28 |
| 5593 | 01/31/2013 | PEARL DELGRANDE | $5.80 |

| | | | | |
|---|---|---|---|---|
| 1 | | | 3417 2ND AVE W<br>HIBBING, MN 55746 | |
| 2 | 5600 | 01/31/2013 | CAROL PACKEBUSH<br>POB 302<br>LAYTONVILLE, CA 95454 | $9.07 |
| 4 | 5604 | 01/31/2013 | JOANNE ATHER<br>54 ALLEN ST<br>BARRE, VT 056415300 | $7.73 |
| 6 | 5610 | 01/31/2013 | NETTIE COPE<br>2900 UNION RD #110<br>GASTONIA, NC 28054 | $7.12 |
| 8 | 5614 | 01/31/2013 | DAVID GRIFFITH<br>1408 EDINBURG DUTCH NECK<br>WEST WINDSOR, NJ 085503218 | $8.46 |
| 10 | 5622 | 01/31/2013 | LAUREL CERCIELLO<br>4353 WOOD TRAIL BLVD.<br>NEW PORT RICHEY, FL 34653 | $10.15 |
| 12 | 5626 | 01/31/2013 | COLINEAR SYSTEMS, INC.<br>4343 SHALLOWFORD RD, SUITE H-7<br>MARIETTA, GA 30062 | $425.36 |
| 14 | 5639 | 01/31/2013 | NORMA VICKERS<br>2220 DOVER DR<br>HUTCHINSON, KS 67502 | $6.05 |
| 16 | 5640 | 01/31/2013 | GALINA BRAZZDAS<br>3020 SURF AVE APT 3H<br>BROOKLYN, NY 11224 | $30.56 |
| 18 | 5641 | 01/31/2013 | GOLDIE TROXELL<br>5965 MONTICELLO AVE<br>CINCINNATI, OH 452242357 | $8.35 |
| 20 | 5649 | 01/31/2013 | GERMAINE WILLIAMS<br>1721 PRESIDENT ST<br>BROOKLYN, NY 11213 | $7.59 |
| 22 | 5656 | 01/31/2013 | JOHN SPINGOLA<br>1201 MEDICAL AVE #2310<br>PLANO, TX 75075 | $91.63 |
| 24 | 5659 | 01/31/2013 | SANDI KOZAKIEWICZ<br>2615 PLAZA DEL AMO UNIT 603<br>TORRANCE, CA 905037355 | $5.67 |
| 26 | 5674 | 01/31/2013 | DIANE NEAL<br>PO BOX 928<br>HAMPSHIRE, IL 601400928 | $5.75 |

| | | | |
|---|---|---|---|
| 5700 | 02/01/2013 | MARGARET LAVIN<br>1203 SILVERTHORN COURT<br>SHOREVIEW, MN 55126 | $5.44 |
| 5705 | 02/01/2013 | ROSALEE ADAMS<br>7942 INGRAM DR. APT C<br>OKLAHOMA CITY, OK 73162 | $8.49 |
| 5706 | 02/01/2013 | JEANNETTE PETERS<br>176 BOCK LN<br>DEFUNIAK SPRINGS, FL 324334974 | $6.46 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $99,280.60 to the Clerk of the Court to be deposited in the Registry thereof.

DATED September 30, 2013.

/s/ David A. Birdsell
David A. Birdsell, Trustee