**DAVID A. BIRDSELL**
Chapter 7 Trustee
216 N. Center
Mesa, AZ 85201
(480) 644-1080

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 |
| BI HOLDINGS, INC. | Case No. 2:02-bk-19210-GBN |
| | **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |
| Debtor(s). | |

David A. Birdsell, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 5006 | 01/31/2013 | ELLEN STEWART<br>113 RUNNYMEADE DR #113<br>WAYNE, NJ 07470 | $46.75 |
| 5016 | 01/31/2013 | ANNA BUTULA<br>1474 BURNET AVE<br>UNION, NJ 07083 | $20.00 |
| 5026 | 01/31/2013 | C K ZOCCOLA<br>16657 E GUNSITE DR #101<br>FOUNTAIN HILLS, AZ 85268 | $16.90 |
| 5039 | 01/31/2013 | HERBERT JOHNSON<br>4519 NEWCASTLE RD<br>ROCKFORD, IL 61108 | $33.80 |
| 5024 | 01/31/2013 | ROSALIE OSBURN<br>2719 E MAPLE AVE<br>ENID OK 73701 | $20.00 |
| 5046 | 01/31/2013 | TERRIE BOLTON<br>4823 WILLOW ST.<br>SEABROOK, TX 77586 | $39.90 |
| 5052 | 01/31/2013 | CAROL ALPERT<br>4914 ST LOUIS CT<br>CULVER CITY, CA 90230 | $15.00 |
| 5061 | 01/31/2013 | CONNIE MUNSEY | $43.23 |

-1-

| | | | |
|---|---|---|---|
| | | PO BOX 4244<br>BISBEE, AZ 856034244 | |
| 5063 | 01/31/2013 | WANDA STATON<br>3150 12TH COURT APT B 6<br>VERO BEACH, FL 32960 | $56.00 |
| 5064 | 01/31/2013 | LILA HUNTSINGER<br>13640 SE HWY 212 UNIT #43<br>CLACKAMAS, OR 97015 | $25.80 |
| 5072 | 01/31/2013 | WILMA GREEN<br>2540 WILSON RD<br>BILOXI, MS 39531 | $150.25 |
| 5081 | 01/31/2013 | LINDA JOHNSON<br>872 GLENN DANCY RD<br>HAYS, NC 28635 | $82.80 |
| 5109 | 01/31/2013 | INGRID WOLF<br>815 S 216TH ST #61<br>DES MOINES, WA 981986332 | $14.85 |
| 5110 | 01/31/2013 | DOROTHY MACGURN<br>1240 HARMONY LANE<br>AUBURN, CA 95603 | $31.85 |
| 5124 | 01/31/2013 | ANTHONY MINNITI<br>80 S POPLAR ST<br>GIBBSTOWN, NJ 08027 | $28.00 |
| 5136 | 01/31/2013 | C.C. SPENGLER<br>20555 MANSEL AVE<br>TORRANCE, CA 90503 | $36.85 |
| 5147 | 01/31/2013 | NANCY HAMMER<br>20600 TOP RIDGE DR<br>BOYDS, MD 20841 | $42.00 |
| 5152 | 01/31/2013 | C BROWN<br>95 CABRINI BLVD #6E<br>NEW YORK, NY 100333444 | $30.00 |
| 5157 | 01/31/2013 | FRANCES BEAN<br>2721 HERITAGE HILLS DR<br>FORT WORTH, TX 76109 | $149.00 |
| 5167 | 01/31/2013 | HELEN SMITH<br>5175 DUDLEY ST<br>ARVADA, CO 80002 | $13.90 |
| 5169 | 01/31/2013 | LAURA HARWOOD<br>3103 FOUNDERS GREEN CIR<br>PEARLAND, TX 775814403 | $32.00 |
| 5172 | 01/31/2013 | HELEN FALK<br>4 EDGEWATER DRIVE<br>MIDDLETOWN, PA 17057 | $37.00 |
| 5183 | 01/31/2013 | VIVIENNE MYERS<br>300 SE 9TH CT #3<br>HALLANDALE, FL 330097131 | $37.96 |

| | | | | |
|---|---|---|---|---|
| | 5191 | 01/31/2013 | JOHANNA CLINTON<br>C/O SUSAN SAUNDERS<br>27 OAKWOOD HILLS DR.<br>CHANDLER, AZ 85248 | $20.99 |
| 1<br>2 | 5198 | 01/31/2013 | DOROTHY ROSENTHAL<br>4070 KANSAS ST APT 315<br>SAN DIEGO, CA 92104 | $17.95 |
| 3<br>4 | 5199 | 01/31/2013 | ROBESINA WILLIAMS<br>89 CHRISTOPHER AVE #12F<br>BROOKLYN, NY 11212 | $29.99 |
| 5<br>6 | 5206 | 01/31/2013 | GILBERT ASAM<br>POB 4345<br>HONOLULU, HI 96814 | $52.75 |
| 7<br>8 | 5209 | 01/31/2013 | ANNIE M DAVIS<br>613 BOONE AVE<br>CHARLESTON, MO 63834 | $9.95 |
| 9<br>10 | 5210 | 01/31/2013 | DEQUITA MADDOX<br>2310 E MULBERRY ST APT 9<br>ANGLETON, TX 77515 | $63.00 |
| 11<br>12 | 5212 | 01/31/2013 | WILTON TAUZIN<br>1008 WILTON TAUZIN RD<br>BREAUX BRIDGE, LA 70517 | $20.00 |
| 13 | 5215 | 01/31/2013 | KAY WILBUR<br>RT 14, BOX 96 HOUSE 4175<br>W HARTFORD, VT 05084 | $14.95 |
| 14<br>15 | 5226 | 01/31/2013 | LAURA SWIFT<br>120 ELAINE DR<br>CORDELL, OK 736325602 | $108.70 |
| 16<br>17 | 5231 | 01/31/2013 | BERNICE ANDERSON<br>218 S. MEMMINGER ST APT 23<br>GREENVILLE, SC 296014014 | $365.00 |
| 18<br>19 | 5242 | 01/31/2013 | DEBORAH KOLUSK<br>4381 4TH ST<br>WAYNE, MI 48184 | $7.01 |
| 20<br>21 | 5244 | 01/31/2013 | MARJORIE RITCHIE<br>3057 VICHY AVE<br>NAPA, CA 94558 | $11.60 |
| 22<br>23 | 5246 | 01/31/2013 | MARY ELLEN CUSTER<br>8128 W BRITTEN RD APT # 15<br>OKLAHOMA CITY, OK 73132 | $15.47 |
| 24<br>25 | 5247 | 01/31/2013 | BARBARA MARSH<br>2415 ALLENBROOK DR APT 10<br>ALLENTOWN, PA 18103 | $11.60 |
| 26 | 5248 | 01/31/2013 | JUNE HUFFMAN<br>809 WHITE HERON BLVD | $6.77 |

| | | | |
|---|---|---|---|
| | | RUSKIN, FL 33570 | |
| 5253 | 01/31/2013 | LAURA HILL<br>827 GARRISON AVE<br>PRICHARD, AL 36610 | $6.16 |
| 5256 | 01/31/2013 | PEGGY FREE<br>728 HICKORY VALLEY RD #1<br>MAYNARDVILLE, TN 378074712 | $5.07 |
| 5257 | 01/31/2013 | RUTH JONES<br>RR 1 BOX 1260<br>MOUNT PLEASANT, TX 75455 | $5.08 |
| 5262 | 01/31/2013 | ALICE F HALL<br>2680 CROTON RD #237<br>MELBOURNE, FL 32935 | $33.35 |
| 5275 | 01/31/2013 | RETINE ST LEGER<br>12807 236 ST<br>ROSEDALE, NY 11422 | $7.86 |
| 5278 | 01/31/2013 | BLANCHE MHANEY<br>4135 EAGLE DR<br>KINGMAN, AZ 86401 | $5.58 |
| 5282 | 01/31/2013 | KAREN NOEL<br>6795 DICKINSON TERR.<br>PORT ST LUCIE, FL 34952 | $14.55 |
| 5285 | 01/31/2013 | PEGGY FLOYD<br>1006 CARRY NATION RD<br>LANCASTER, KY 40444 | $6.33 |
| 5287 | 01/31/2013 | ALICE LEE<br>5848 E UNIVERISTY RD SPC 1035<br>MESA, AZ 85205 | $5.80 |
| 5288 | 01/31/2013 | HELEN RULAND<br>1280 SUNRISE HWY<br>W ISLIP, NY 11795 | $6.28 |
| 5289 | 01/31/2013 | ROSLYN RUCKDESCHEL<br>701 S 24TH ST<br>TERRE HAUTE, IN 47803 | $9.46 |
| 5294 | 01/31/2013 | LOGENE BLEVINS<br>1428 OLD HWY 16<br>JEFFERSON, NC 286409417 | $17.28 |
| 5302 | 01/31/2013 | ESTHER JOHNSTONE<br>POB 101<br>WINESBURG, OH 44690 | $5.67 |
| 5303 | 01/31/2013 | ROBERT BERNAL<br>PO BOX 122<br>HERLONG, CA 96113 | $5.43 |
| 5304 | 01/31/2013 | J B MARTIN<br>POB 153<br>BOWMANSVILLE, PA 17507 | $6.65 |
| 5309 | 01/31/2013 | KATHERINE GWINN | $5.67 |

| | | | | |
|---|---|---|---|---|
| | | | 3248 HESTER DR TALLAHASSEE, FL 32309 | |
| | 5318 | 01/31/2013 | ANDREIA REICHIK 9161 AIRDROME ST LOS ANGELES, CA 900354238 | $13.89 |
| | 5323 | 01/31/2013 | DIANA SMITH 9547 S SANGAMON CHICAGO, IL 60643 | $11.95 |
| | 5328 | 01/31/2013 | DIANE DECKARD PO BOX 37 HELENDALE, CA 92342 | $10.65 |
| | 5329 | 01/31/2013 | BONNIE WODZIAK 227 105TH AVE NW COON RAPIDS, MN 55448 | $6.42 |
| | 5336 | 01/31/2013 | PHYLLIS BROOKS 3035 WALLACE AVE APT 3C BRONX, NY 10467 | $8.43 |
| | 5348 | 01/31/2013 | KATHRYN SCHIAVONE 1569 TEELS RD #3C PEN ARGYL, PA 180729796 | $5.08 |
| | 5349 | 01/31/2013 | D B HARALSON 5500 AVE R BESSEMER, AL 35020 | $6.63 |
| | 5350 | 01/31/2013 | LUBICA BYNUM 101 W LAWRENCE BLVD AVONDALE, AZ 85323 | $36.38 |
| | 5358 | 01/31/2013 | WALTER AULT 219 S ELM ST STANBERRY, MO 64489 | $6.28 |
| | 5360 | 01/31/2013 | BRUNILDA WILLIAMS 2075 2ND AVE APT 19D NEW YORK, NY 100294137 | $8.46 |
| | 5370 | 01/31/2013 | JENNIE RENO 974 ALLVIEW AVE RICHMOND, CA 94803 | $6.77 |
| | 5376 | 01/31/2013 | JOANN HAASE 5870 FAGON DR REDDING, CA 96001 | $8.71 |
| | 5377 | 01/31/2013 | ALBA MEZQUITA 2913 MCCLOUD RIVER LN ONTARIO, CA 91761 | $5.91 |
| | 5380 | 01/31/2013 | JANE C PHILION 770 TROUT BROOK DR W HARTFORD, CT 06119 | $6.65 |
| | 5383 | 01/31/2013 | VERNA TWOMBLY | $93.20 |

| | | | |
|---|---|---|---|
| | | 362 OLD FORTY RD<br>ADDISON, PA 154112114 | |
| 5384 | 01/31/2013 | LOIS NELSON<br>RR 8 BOX 8320<br>LUFKIN, TX 75904 | $8.93 |
| 5389 | 01/31/2013 | OLGA SOBUTKA<br>21 1/2 BRAMAN ST<br>DANVERS, MA 01923 | $5.07 |
| 5390 | 01/31/2013 | SALLY MERRITT<br>4132 W ROVEY AVE<br>PHOENIX, AZ 85019 | $5.46 |
| 5394 | 01/31/2013 | VIRGINIA LEWIS<br>206 DEAL AVE<br>CONOVER, NC 28613 | $5.92 |
| 5397 | 01/31/2013 | DELBERT PESKA<br>423 E MILLER ST<br>MARENGO, IA 52301 | $6.05 |
| 5398 | 01/31/2013 | ROSE OZUK<br>31920 PAUTON LANE<br>PAW PAW, MI 49079 | $363.82 |
| 5400 | 01/31/2013 | MARY ANCHOR<br>411 DARTMOUTH AVE<br>MELBOURNE, FL 32901 | $10.31 |
| 5403 | 01/31/2013 | CAROLYN HADLEY<br>1118 CYNTHIA SQ<br>MOUNTAIN HOME, AR 72653 | $5.94 |
| 5407 | 01/31/2013 | CAROL WEISENAUER<br>1645 EVERGREEN DR<br>TRENTON, MI 48183 | $7.16 |
| 5408 | 01/31/2013 | HELEN KLANG-LAUGHLIN<br>702-10TH ST<br>SO BENSON, MN 56215 | $6.06 |
| 5415 | 01/31/2013 | ROBIN ABDUL RAHMAN<br>6431 HEGERMAN STREET<br>PHILADELPHIA, PA 19135 | $15.16 |
| 5430 | 01/31/2013 | AMM KETVERTIS<br>7106 KENNETH AVE<br>PARMA, OH 44129 | $5.31 |
| 5441 | 01/31/2013 | IMAGING SYSTEMS OF ARIZONA<br>2808 LONGHORN BLVD., UNIT #306<br>AUSTIN, TX 78758 | $13.11 |
| 5445 | 01/31/2013 | A REED<br>4500 CARLEVIEW RD<br>BALTIMORE, MD 21207 | $7.61 |
| 5450 | 01/31/2013 | JINDASA (USA) LTD.<br>152 MADISON AVE RM 804<br>NEW YORK, NY 10016 | $143.71 |

| | | | |
|---|---|---|---|
| 5469 | 01/31/2013 | TERRY O LACKEY<br>912 W DATE AVE<br>LOMPOC, CA 93436 | $14.35 |
| 5470 | 01/31/2013 | VICTORIA THOMAS<br>1033 W 30TH ST<br>LOS ANGELES, CA 90007 | $6.06 |
| 5478 | 01/31/2013 | DOROTHY EBERSBACH<br>2906 W HAWTHORNE RD<br>TAMPA, FL 33611 | $7.61 |
| 5490 | 01/31/2013 | RHEA SCHROEDER<br>525 TAURUS DR<br>REXBURG, ID 83440 | $5.21 |
| 5493 | 01/31/2013 | SUSAN GUDIATIS<br>52 RUSSETT LN<br>MIDDLETOWN, CT 06457 | $6.42 |
| 5497 | 01/31/2013 | CHARLES SEWELL<br>5 FORREST CIR<br>NEW CASTLE, DE 19720 | $7.12 |
| 5498 | 01/31/2013 | PATRICIA MOSKWINSKI<br>11945 EDISON RD<br>MISHAWAKA, IN 46545 | $5.90 |
| 5499 | 01/31/2013 | LEA WILSON<br>205 DRIFFILL BLVD #34<br>OXNARD, CA 93030 | $9.67 |
| 5501 | 01/31/2013 | JEAN MCCARLEY<br>714 PACIFIC AVE # 611<br>LONG BEACH, CA 90813 | $6.06 |
| 5506 | 01/31/2013 | DOLORES TIMM<br>620 6TH ST #608<br>N BRADDOCK, PA 15104 | $7.13 |
| 5508 | 01/31/2013 | JOHN LAPOINTE<br>526 N RAVINE ST<br>SAULT SAINTE MARIE, MI 497831732 | $5.20 |
| 5511 | 01/31/2013 | DOLORES WHITTLESEY<br>451 W 50TH ST<br>NEW YORK, NY 10019 | $6.52 |
| 5515 | 01/31/2013 | FERN ANDERSON<br>2109 E. 24TH PLACE<br>YUMA, AZ 85365 | $6.13 |
| 5517 | 01/31/2013 | CATHERINE SKOKOWSKI<br>100 SHARPLESS DR<br>WILMINGTON, DE 19803 | $5.44 |
| 5520 | 01/31/2013 | FLORA HOWARD<br>2101 WINDFLOWER DR<br>ROSAMOND, CA 935606105 | $5.19 |

| | | | |
|---|---|---|---|
| 5522 | 01/31/2013 | EMMA B HARRIS<br>2609 LETA MAE LN<br>DALLAS, TX 75234 | $5.69 |
| 5523 | 01/31/2013 | ALICE W BURNS<br>108 ARLINGTON AVE<br>NATCHEZ, MS 39120 | $5.68 |
| 5525 | 01/31/2013 | LIBBY MNACL<br>251 N ALBANY APT 206<br>CHICAGO, IL 60612 | $7.28 |
| 5529 | 01/31/2013 | MARGARET SLONAKER<br>237 CONKLIN ROAD<br>JONESBOROUGH, TN 37659 | $6.65 |
| 5531 | 01/31/2013 | ADDELL SCHAFFER<br>1889 MENTONE AVE<br>PASADENA, CA 91103 | $6.55 |
| 5535 | 01/31/2013 | AIDA FERMAINT<br>506 CALLE LUTZ<br>SAN JUAN, PR 009154314 | $17.07 |
| 5538 | 01/31/2013 | SANDRA DYSON<br>801 WINDY PLACE APT 111<br>ALTAMONTE SPRINGS, FL 32714 | $5.31 |
| 5547 | 01/31/2013 | JULIE CAMPBELL KONYS<br>2201 BEVERLY WAY<br>LAS VEGAS, NV 89104 | $6.40 |
| 5549 | 01/31/2013 | DERLENE BOLTON<br>459 E AMBER<br>SAN ANTONIO, TX 78221 | $5.05 |
| 5551 | 01/31/2013 | LUCY TITTYUNG<br>2010 E HUDSON AVE<br>ROYAL OAK, MI 48067 | $7.00 |
| 5563 | 01/31/2013 | DOROTHY LABUTE<br>14708 POPLAR ST #34<br>SOUTHGATE, MI 48195 | $8.29 |
| 5564 | 01/31/2013 | MARJORIE LOOP<br>5630 DEL MONTE CT<br>SANTA ROSA, CA 954093907 | $5.68 |
| 5575 | 01/31/2013 | R BALLARD<br>5317 WESLEY AVE<br>BALTIMORE, MD 21207 | $5.92 |
| 5576 | 01/31/2013 | GEORGETTE PERINONI<br>18 ALVINA AVE<br>SAN RAFAEL, CA 94901 | $21.87 |
| 5580 | 01/31/2013 | JEANETTE LUEDTKE<br>160 MCKINLEY ST<br>KAUKAUNA, WI 541301246 | $9.09 |
| 5581 | 01/31/2013 | HELEN PATTERSON<br>1111 FULLER ST | $7.86 |

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   | PARIS, AR 728554133 |   |
|   | 5584 | 01/31/2013 | BEBE DELBUONO<br>1793 W 3RD ST #1<br>BROOKLYN, NY 112231521 | $5.67 |
|   | 5586 | 01/31/2013 | ANNE MCQUINN<br>504 CHURCH ST<br>BALTIMORE, MD 21225 | $9.19 |
|   | 5591 | 01/31/2013 | PATRICIA SUMNER<br>5953 GULLSTRAND STREET<br>SAN DIEGO, CA 921223819 | $5.69 |
|   | 5596 | 01/31/2013 | DOROTHY KWALLEK<br>3027 KEARNEY AVE #9<br>RACINE, WI 53403 | $5.68 |
|   | 5597 | 01/31/2013 | PAMELA MONROE<br>2408 FOWLER DR<br>DENTON, TX 76201 | $6.28 |
|   | 5598 | 01/31/2013 | ELOISE HOUVENER<br>1105 ASHMAN ST<br>MIDLAND, MI 486405469 | $5.07 |
|   | 5599 | 01/31/2013 | BETTY C WILLIAMS<br>POB 62<br>HAZARD, KY 41702 | $7.02 |
|   | 5602 | 01/31/2013 | PAT VALLEJO<br>3201 56TH ST<br>MOLINE, IL 61265 | $6.52 |
|   | 5605 | 01/31/2013 | DARBY BISHOP<br>308 PARKER AVE<br>KALAMAZOO, MI 49001 | $5.78 |
|   | 5612 | 01/31/2013 | MARTHA BULLOCK<br>RR 3 BOX 432<br>MOUNT VERNON, KY 404568852 | $8.46 |
|   | 5619 | 01/31/2013 | ROSE PARRINO<br>3931 27TH ST<br>LONG ISLAND CITY, NY 11101 | $5.31 |
|   | 5624 | 01/31/2013 | MECOLLINS<br>5161 CONSTANCE RD<br>JESUP, GA 315454029 | $5.98 |
|   | 5628 | 01/31/2013 | JEAN HODGKINS<br>308 SHAKER RD<br>NORTHFIELD, NH 03276 | $5.57 |
|   | 5631 | 01/31/2013 | BETTY SAREK<br>1102 TAGGART ST<br>MC KEES ROCKS, PA 15136 | $8.42 |
|   | 5632 | 01/31/2013 | GRACE SCARANTINO<br>123 SUSQUEHANNA AVE | $5.19 |

| | | | |
|---|---|---|---|
| | | WYOMING, PA 18644 | |
| 5633 | 01/31/2013 | ARDYTHE ADAMS<br>22 N BROADWAY PK. TWRS #1208<br>ROCHESTER, MN 55906 | $7.01 |
| 5634 | 01/31/2013 | JUNE STOWERS<br>PO BOX 123<br>PECKS MILL, WV 255470123 | $7.13 |
| 5648 | 01/31/2013 | HUI MIN FENG<br>8310 DIAMOND WAY CT<br>PEARLAND, TX 77584 | $5.45 |
| 5650 | 01/31/2013 | ALICE BELL<br>105 HIGH ST<br>LODI, OH 44254 | $5.92 |
| 5654 | 01/31/2013 | ADELINE MITCHELL<br>117 COLONIAL RD<br>BEVERLY, NJ 080101917 | $5.31 |
| 5658 | 01/31/2013 | BILLIE MUSCATO<br>POB 188<br>BOUSE, AZ 85325 | $6.37 |
| 5661 | 01/31/2013 | TRACEY MITCHELL<br>2134 SE VIRGINIA AVE<br>TOPEKA, KS 666051355 | $6.43 |
| 5664 | 01/31/2013 | ANASTASIA ZURAK<br>15 BLY CT<br>NEW HYDE PARK, NY 11040 | $6.48 |
| 5666 | 01/31/2013 | VELMA CARTER<br>RR 2 BOX 2<br>GORE, OK 744359401 | $7.62 |
| 5667 | 01/31/2013 | BETTY COCHRAN<br>832 STERLING ST<br>PLAINFIELD, NJ 07062 | $7.74 |
| 5669 | 01/31/2013 | DELORES VALLEZ<br>420 S. BARNWELL ST.<br>OCEANSIDE, CA 920544511 | $9.28 |
| 5670 | 01/31/2013 | MYRTLE JORGENSEN<br>112 BADEN ST #3<br>SAN FRANCISCO, CA 94131 | $7.12 |
| 5699 | 02/01/2013 | MARIAN ANDREWS<br>401 FOLSOM AVE<br>FOLSOM, PA 190331704 | $8.70 |
| 5702 | 02/01/2013 | NEIL AUGSBERGER<br>628 N JACKSON ST<br>LIMA, OH 45801 | $6.46 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $3,179.07 to the Clerk of the Court to be deposited in the Registry thereof.

DATED September 30, 2013.

/s/ David A. Birdsell
David A. Birdsell, Trustee

-11-
Case 2:02-bk-19210-GBN    Doc 532    Filed 09/30/13    Entered 09/30/13 15:41:19    Desc
Main Document    Page 11 of 11