David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, AZ 85201
480-644-1080 / 480-644-1082 (fax
dab@azbktrustee.com

**ORDERED ACCORDINGLY.**

Dated: October 10, 2013

*George B. Nielsen, Bankruptcy Judge*
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BI HOLDINGS, INC. | ) | Case No. 02-19210-PHX GBN |
| | ) | |
| | ) | ORDER FOR PAYMENT OF UNCLAIMED |
| Debtor(s) | ) | FUNDS TO THE U. S. BANKRUPTCY |
| | ) | COURT |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the trustee pay over the amount of $3,179.07 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

_____      _____
Date                                                                            UNITED STATES BANKRUPTCY JUDGE