UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: BI HOLDINGS, INC.                     Case No. 2:02-bk-19210-GBN

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to VALASSIS ("Claimant") in the amount of $17,015.65 and said check having not been cashed by said payee, the Trustee pursuant to 11 U.S.C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court, which was deposited in the United States Treasury.

The Claimant believes that it did not receive the dividend check in the above case for the following reasons:

<u>The original payment was mailed to PO BOX 71645 CHICAGO, IL 60694-1645. That address is no longer valid. The change of address prevented delivery of the original payment.</u>

To the best of my knowledge and belief, there is no dispute or controversy as to these funds, their availability or to whom they belong.

Claimant has authorized the undersigned to act as attorney-in-fact to recover these funds as evidenced by the attached limited power of attorney.

Claimant by and through its attorney-in-fact respectfully moves the Court to enter an order for release of funds due Claimant in the above captioned case.

WHEREFORE, Claimant asks the Court to enter an order to the Clerk of the Court to release said funds to Claimant c/o American Property Locators, Inc., Attn: Mr. Ron B. Leppke, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

Respectfully Submitted,

*/s/ Ron B. Leppke*

Ron B. Leppke, President
American Property Locators, Inc.
Attorney-In-Fact for
VALASSIS
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: BI HOLDINGS, INC.   Case No. 2:02-bk-19210-GBN

NOTICE OF SERVICE

OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Notice is hereby given to the U.S. Bankruptcy Court that on October 21, 2013
a copy of the Application for Payment of Unclaimed Funds was mailed to the office of the

United States Attorney
2 Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004

By: _____
Ron B. Leppke, President
American Property Locators, Inc.
Attorney-In-Fact for
VALASSIS

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re: BI HOLDINGS, INC.                    Case No. 2:02-bk-19210-GBN

### LIMITED POWER OF ATTORNEY

VALASSIS, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Ron B. Leppke of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents ($17,015.65) specifically arising from the BI HOLDINGS, INC. bankruptcy matter that belong to the Principal**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 15 day of October, 2013.

**PRINCIPAL:**
VALASSIS

By: _Cynthia Rose_

Title: Bad Debt Recovery Administrator

**PRINCIPAL'S ADDRESS:**
235 Great Pond Drive
Windsor, CT 06095

### ACKNOWLEDGMENT

STATE OF Connecticut

COUNTY OF Hartford

Before me, the undersigned a Notary Public, in and for said County and State on this 15th day of October, 2013, personally appeared Cynthia Rose, to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its agent and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:

PAMELA M. KNABLIN
Notary Public, State of Connecticut
My Commission Expires Oct. 31, 2015

Notary: _[signature]_

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re: )
BI HOLDINGS, INC. ) Case No. 2:02-bk-19210-GBN
)
Debtor(s) )
Chapter 7

## AFFIDAVIT OF CREDITOR

State of Connecticut )
) ss.
County of Hartford )

I, Cynthia Rose of VALASSIS the undersigned creditor in the above referenced case, being first duly sworn upon oath, states as follows:

1. Ron B. Leppke of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013, has been granted a power of attorney by VALASSIS to submit an Application for Payment from Unclaimed Funds seeking payment of its claim(s) due and owing to VALASSIS as a creditor in the above referenced bankruptcy case.

2. VALASSIS filed a claim in this bankruptcy case as evidenced by the attached excerpt of the claim register. VALASSIS has reviewed its records and to the best of VALASSIS knowledge and belief, the claim amount is currently still due and owing to VALASSIS.

3. VALASSIS is the owner of this claim and is entitled to the recovery of the distribution/unclaimed funds arising from this claim in this bankruptcy case.

4. My name, address and telephone number are as follows:

   Cynthia Rose
   VALASSIS
   235 Great Pond Drive
   Windsor, CT 06095
   860-602-3645

5. VALASSIS has neither previously received remittance for its claim(s) nor has it contracted with any other party besides the party named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: 10/15/13

Cynthia Rose
VALASSIS
235 Great Pond Drive
Windsor, CT 06095

## ACKNOWLEDGMENT

STATE OF __CT__ )
COUNTY OF __Hartford__

Before me a Notary Public, in and for said County and State on this __15th__ day of __October__, 201__3__ personally appeared __Cynthia Rose__ to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its __agent__, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
_____

_[Signature]_
Notary Public

PAMELA M. KNABLIN
Notary Public, State of Connecticut
My Commission Expires Oct. 31, 2015

# District of Arizona
# Claims Register

### 2:02-bk-19210-GBN BI HOLDINGS, INC.

**Judge:** George B. Nielsen, Jr.     **Chapter:** 7
**Office:** Phoenix     **Last Date to file claims:** 03/17/2004
**Trustee:** DAVID A. BIRDSELL     **Last Date to file (Govt):**

*Creditor:* (4258136)     **Claim No: 56**     *Status:*
VALASSIS     *Original Filed*     *Filed by:* CR
PO BOX 71645     *Date:* 02/12/2003     *Entered by:* Lillian Bragg
CHICAGO IL 60694-     *Original Entered*     *Modified:*
1645     *Date:* 06/22/2004

Amount claimed: $140309.90
Unsecured claimed: $140309.90

*History:*

Details    56-1   02/12/2003 Claim #56 filed by VALASSIS, Amount claimed: $140309.90 (Bragg, Lillian )

*Description:* (56-1) 002193
*Remarks:* (56-1) 734-591-3000

## Claims Register Summary

Valassis.  C. Rose

Valassis Direct Mail Marketing
235 Great Pond Drive
Windsor, CT 06095