David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 /  480-644-1082 (fax)
dab@azbktrustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BI HOLDINGS, INC. | ) | Case No. 02-19210-PHX GBN |
| | ) | |
| | ) | TRUSTEE'S WITHDRAWAL OF |
| Debtor(s) | ) | MOTION TO PAY UNCLAIMED FUNDS |
| | ) | TO THE COURT AT DOCKET #531 AND |
| | | MOTION TO VACATE ORDER TO PAY |
| | | UNCLAIMED FUNDS TO THE USBC AT |
| | | DOCKET #534 |

David A. Birdsell, Trustee of the above-captioned estate, has previously filed a Motion to Pay Unclaimed Funds to Court at docket #531. The funds were paid to creditors on January 31st, 2013.  On September 30, 2013, stop payments were issued on the dividend checks, having been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.  On October 6th, 2013, the unclaimed funds were sent to the USBC. The Court received the funds on October 9th, 2013.  During this period, several of the distribution checks were presented for payment and cleared the bank, resulting in insufficient funds in the account. The Trustee hereby withdraws the Motion to Pay Unclaimed Funds to Court at docket #531 and moves to vacate the Order to Pay Unclaimed Funds to Court at docket #534.

October 30, 2013           /s/ David A. Birdsell
Date                        David A. Birdsell, Trustee