David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, AZ 85201
480-644-1080 / 480-644-1082 (fax
dab@azbktrustee.com

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BI HOLDINGS, INC. | ) | Case No. 02-19210-PHX GBN |
| | ) | |
| | ) | ORDER VACATING THE ORDER TO PAY |
| Debtor(s) | ) | UNCLAIMED FUNDS TO THE U. S. |
| | ) | BANKRUPTCY COURT AT DOCKET #534 |

David A. Birdsell, Trustee, having withdrawn his Motion to Pay Unclaimed Funds to the Court and having moved the Court to vacate its Order to Pay Unclaimed Funds to the court,

IT IS **ORDERED** that the ORDER to Pay Unclaimed Funds to the Court at docket #534 is hereby vacated.

_____   _____
Date                          UNITED STATES BANKRUPTCY JUDGE

David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, AZ 85201
480-644-1080 / 480-644-1082 (fax
[dab@azbktrustee.com](mailto:dab@azbktrustee.com)