David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, AZ 85201
480-644-1080 / 480-644-1082 (fax
dab@azbktrustee.com

ORDERED ACCORDINGLY.

Dated: October 30, 2013

George B. Nielsen, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| BI HOLDINGS, INC. | ) ) ) | Case No. 02-19210-PHX GBN |
| Debtor(s) | ) ) ) ) | ORDER VACATING THE ORDER TO PAY UNCLAIMED FUNDS TO THE U. S. BANKRUPTCY COURT AT DOCKET #534 |

David A. Birdsell, Trustee, having withdrawn his Motion to Pay Unclaimed Funds to the Court and having moved the Court to vacate its Order to Pay Unclaimed Funds to the court,

IT IS **ORDERED** that the ORDER to Pay Unclaimed Funds to the Court at docket #534 is hereby vacated.

_____    _____
Date                                              UNITED STATES BANKRUPTCY JUDGE

David A. Birdsell, Chapter 7 Trustee  
216 N. Center  
Mesa, AZ 85201  
480-644-1080 / 480-644-1082 (fax  
dab@azbktrustee.com