# INVOICE

**NPC — NEWAY PACKAGING CORP.**

NEWAY PACKAGING CORP.
4202 E. ELWOOD ST STE 6&7
PHOENIX, AZ 85040

| NUMBER | DATE | PAGE |
|---|---|---|
| ~~[redacted]~~ | 08/29/02 | 1 |

**SOLD TO:**
FULFILLMENT CENTER OF ARIZONA
8350 S. KYRENE RD #109
TEMPE, AZ 85284

**SHIP TO:**
FULFILLMENT CENTER OF ARIZONA
8350 S. KYRENE RD #109
TEMPE, AZ 85284

| CUSTOMER P.O. NO. | ORDERED BY | SALESPERSON | PAYMENT TERMS | F.O.B. | SHIP VIA | FREIGHT TERMS |
|---|---|---|---|---|---|---|
| VERBAL | KEN | SERVICE | COD | DEST | OT | P&A |

Handwritten: 16 at $ ~~redge~~ / 1250 k Halley #4 / 8-5

| LINE | ITEM NUMBER | DESCRIPTION | QTY. ORDERED | UOM | QTY. SHIPPED | QTY. B/O | UNIT PRICE | UOM | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | SWO15309 | | | | | | | | |
| 1 | 06081354 | STR #6318310180 Power Switch Kit | 1 | EA | 1 | | ~~[redacted]~~ | EA | ~~[redacted]~~ |
| 3 | LABORSTRAP | SERVICE CALL FOR STRAP MACHINE | 2 | HR | 2 | | ~~[redacted]~~ | HR | ~~[redacted]~~ |

SUBTOTAL
SALES TAX
FREIGHT
TOTAL

PAID

**PLEASE REMIT ALL PAYMENTS TO**
19730 MAGELLAN DRIVE · TORRANCE, CA 90502
(310) 771-1400 · FAX: (310) 323-4463

Please pay from invoice, monthly statement not rendered. Any balance exceeding 30 days past due will be assessed a finance charge of 1-1/2% per month (Annual percentage rate 18%) on the past due balances. All costs of collection and a reasonable attorney's fee will be added hereto in the event an attorney's services are required in collection of this invoice. Any terms or conditions inconsistent within those stated herein, which may appear on your purchase order, or any other documents comprising an order from you, are void. Prior permission and our RGA # must accompany all returns - no invoice disputes will be considered after 30 days from invoice date.

LOCATIONS: Torrance, CA 310-771-1400   Phoenix, AZ 602-454-9000
Chino, CA 909-591-1010   Denver, CO 303-288-5775
Irvine, CA 949-470-2870   Seattle, WA 253-351-9121
San Diego, CA 619-234-0184   Portland, OR 503-248-4006
Las Vegas, NV 702-566-5005